UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERIOR TECH, LLC DBA FROST RIVER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>C.C FILSON, CO., et al.,<br><br>　　　　　Defendants. | Case No.  23-cv-03581-JD<br><br>**SCHEDULING ORDER** |

The Court sets the following case management deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10.  The parties are advised to review and comply with the Court's Standing Order for Civil Cases, Standing Order for Discovery in Civil Cases, and Standing Order for Civil Jury Trials.

The case is referred for private mediation, pursuant to stipulation.  Dkt. No. 30 at 6.

| Event | Deadline |
|---|---|
| Add parties or amend pleadings | December 1, 2023 |
| Deadline to complete initial mediation | February 29, 2024 |
| Fact discovery cut-off | August 1, 2024 |
| Expert disclosures | August 8, 2024 |
| Rebuttal expert disclosures | August 22, 2024 |
| Expert discovery cut-off | September 12, 2024 |
| Last day to file dispositive and Rule 702 motions | October 17, 2024 |
| Pretrial conference | April 3, 2025, at 1:30 p.m. |
| Jury trial | April 21, 2025, at 9 a.m. |

1   All dates set by the Court should be regarded as firm.  Counsel may not modify these dates
2 by stipulation without leave of court.  Requests for continuances are disfavored, and scheduling
3 conflicts that are created subsequent to the date of this order by any party, counsel or party-
4 controlled expert or witness will not be considered good cause for a continuance.  Sanctions may
5 issue for a failure to follow a scheduling or other pretrial order.  *See* Fed. R. Civ. P. 16(f)(1)(C).

**IT IS SO ORDERED.**

Dated:  October 27, 2023

_____
JAMES DONATO
United States District Judge