VENABLE LLP
2049 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CA  90067
310-229-9900

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SUPERIOR TECH, LLC dba FROST RIVER, a Minnesota limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>C. C. FILSON CO., a Delaware corporation, LUCASFILM, LTD., LLC, a California corporation and DOES 1 through 20, inclusive.<br><br>Defendants. | Case No. 3:23-cv-03581-JD<br><br>Honorable Judge James Donato<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Date of Hearing:  December 28, 2023<br>Time:  10:00 a.m.<br>Courtroom:  11<br><br>Action Filed:  July 19, 2023<br>Trial Date:  None set |

1    This matter comes before the Court of the Motion of Defendant Lucasfilm, Ltd., LLC ("Defendant") for dismissal of Plaintiff's First Amended Complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure. Having reviewed and considered the briefs and arguments of counsel, the relevant pleadings, and all other matters presented to the Court, the Court finds that Plaintiff's First Amended Complaint fails to state a plausible claim for relief under Federal Rule of Civil Procedure 12(b)(6). The Court further finds that amendment would be futile.

Accordingly, the Court GRANTS Defendant's Motion to Dismiss without leave to amend.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Judge James Donato
United States District Judge