# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### Civil Minutes

Date: January 4, 2024                                           Judge: Hon. James Donato

Time: 5 Minutes

Case No.      3:23-cv-03581-JD
Case Name     Superior Tech, LLC dba Frost River v. C.C Filson, Co. et al

Attorney(s) for Plaintiff(s):    Brett Moore
Attorney(s) for Defendant(s):    David Fink

Deputy Clerk: Lisa R. Clark                          Court Reporter: Stephen Franklin

### PROCEEDINGS

Motion hearing -- Held.

### NOTES AND ORDERS

For Dkt. No. 36, defendant Lucasfilm is dismissed without prejudice, for the reasons stated on the record. Plaintiff may seek leave to amend as warranted by discovery.

The parties are directed to submit, by January 18, 2024, a joint statement designating an ADR mediator.