Devin A. McRae, State Bar Number 223239
  dmcrae@earlysullivan.com
Peter D. Scott, State Bar Number 247786
  pscott@earlysullivan.com
Brett G. Moore, State Bar Number 311637
  bmoore@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone: (323) 301-4660
Facsimile: (323) 301-4676

Attorneys for Plaintiff
Superior TECH, LLC dba Frost River

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPERIOR TECH, LLC dba FROST RIVER, a Minnesota limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>C. C. FILSON CO., a Delaware corporation, LUCASFILM, LTD., LLC, a California corporation, and DOES 1 through 20, inclusive,<br><br>　　　　　　　Defendants. | Case No. 3:23-cv-3581-JD<br><br>**JOINT STATEMENT DESIGNATING MEDIATOR**<br><br>[Honorable Judge James Donato]<br><br>Action Filed: July 19, 2023<br>Trial Date: None Set |

731547.2

Pursuant to the Court's January 4, 2024 Order (Dkt. #40), Plaintiff Superior Tech, LLC dba Frost River ("Frost River") and Defendant C. C. Filson Co. ("Filson") submit this joint statement designating an ADR mediator. Frost River and Filson hereby jointly designate Hon. Margaret Nagle (Ret.) of JAMS Los Angeles as mediator in this action.

Dated: January 18, 2024        EARLY SULLIVAN WRIGHT
                                                        GIZER & McRAE LLP

By: /s/ Devin A. McRae
    Devin A. McRae
    Brett G. Moore
    Attorneys for Plaintiff Superior TECH, LLC
    dba Frost River

Dated: January 18, 2024        VENABLE LLP

By: /s/ David E. Fink
    David E. Fink
    Sharoni S. Finkelstein
    Attorneys for Defendant C.C. Filson Co.



1